*stead L. Boothe* for petitioner in No. 58. *T. Bruce Fuller* and *Robert H. McNeill* for McNeill et al., respondents in No. 44. Reported below: 179 F. 2d 848.

No. 51. KROPP FORGE CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Hugh Fulton, Leo T. Norville* and *Louis Linton Dent* for petitioners. *Solicitor General Perlman, Robert N. Denham, David P. Findling* and *Mozart G. Ratner* for respondent.

No. 53. BEVIS *v.* ARMCO STEEL CORP. Supreme Court of Ohio. Certiorari denied. *Robert Emmett Brooks* and *Louis C. Capelle* for petitioner. *H. J. Siebenthaler* and *G. W. A. Wilmer* for respondent.

No. 54. WEST, ADMINISTRATOR, *v.* EASTERN TRANSPORTATION CO., INC. C. A. 4th Cir. Certiorari denied. *Louis B. Fine* for petitioner.

No. 55. DRUG & CHEMICAL CLUB OF NEW YORK *v.* UNITED STATES. Court of Claims. Certiorari denied. *Morrie Slifkin* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for the United States.

No. 56. ORVIS ET AL., EXECUTORS, *v.* HIGGINS, FORMER COLLECTOR OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *George W. Riley* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Helen Goodner* for respondent.

No. 57. PARSONS, PRESIDENT OF UNITED TELEPHONE ORGANIZATIONS, *v.* HERZOG ET AL. United States Court